**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 1:10-CR-216-CSC** |
| | ) | |
| **DEBRA LYNN NELSON** | ) | |

# ORDER

On February 22, 2011, the defendant file *a Motion to Continue Trial* in this case (Doc. #15). While the granting of a continuance is left to the sound discretion of the trial judge, ***United States v. Warren***, 772 F.2d 827, 837 (11th Circ. 1985), the court is of course, limited by the requirements of the ***Speedy Trial Act***, 18 U.S.C. § 3161 ["The Act]. The Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such a matter. 18 U.S.C. §3161(c)(1). ***See United States v. Vasser***, 916 F.2d 624 (11th Cir. 1990). The Act excludes from this 70-day period any continuance that the judge grants "on the bases of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial". 18 U.S.C. §3161(h) (8) (A).

In this case, the defendant applied for pretrial diversion from the United States Attorney but was denied. Thus additional investigation will be required involving multiple witnesses who have not been located and interviewed. It further appears that review of various medical records will be required for counsel to prepare an adequate defense.

Requests for these materials have been made, but it is unknown whether all these materials will be available by March 7, 2011. The government does not object to a continuance.

Based on the foregoing, the court concludes that the ends of justice served by continuing this case outweigh the interests of the public and the defendant in a speedy trial.

Accordingly, it is hereby **ORDERED** that the Motion for Continuance filed by the defendant be and is hereby **GRANTED**. It is further

**ORDERED** that this case be and is hereby continued for jury selection and trial during the term beginning in Dothan, Alabama on **May 16, 2011, at 10:00 a.m.** It is further

**ORDERED** that this case be and is hereby set for a pretrial conference on **March 25, 2011 at 1:00 p.m.** in **Courtroom 4-B** before the undersigned Magistrate Judge.

Done this 22nd day of February, 2011.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE